No. 83–1013. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 83–1373. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC.,

ET AL. C. A. 3d Cir. [Certiorari granted, 466 U. S. 957.] Motion of Southeastern Fisheries Association, Inc., for leave to file a brief as *amicus curiae* granted.